6

RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

Case No. 2:20-CV-09926-JFW-SHK

Arturo Osiel Valencia Barrera
Plaintiff

-v-

The Los Angeles Sheriffs Department, Deputy Bassett, Deputy Watkins, Joseph Inigvez, Michael Villalobos, ArLW, San Gabriel Police Department, Wendy Flores, ETC.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

A. Plaintiff
Name Arturo Osiel Valencia Barrera  ID Number 5687557
Current Institution Twin Tower Correctional Facility  Address 450 Bauchet Street, Los Angeles, CA, 90012

B. Defendant(s)
① Name Los Angeles Sheriffs Department  Employer Los Angeles County of California  Address Office of the County Counsel, Room 407, 4700 Ramona Boulevard, Monterey Park, CA, 91754  ☑ Individual capacity ☑ Official capacity

② Name Deputy Bassett  Employer Los Angeles County Sheriffs Department  Address Office of the County Counsel, Room 407, 4700 Ramond Boulevard, Monterey Park, CA, 91754
☑ Individual capacity ☑ Official capacity

③ Name Deputy Watkins  Employer Los Angeles County Sheriffs Department  Address Office of

the County Counsel, Room 407, 770 Ramona Boulevard, Monterey Park, CA, 91754
☑ Individual capacity ☑ Official capacity

④ Name Joseph Iniquez, Deputy District Attorney Employer Jackie Lacey, District Attorney
Address 211 West Temple, Suite 700, Los Angeles, CA, 90012 ☑ Individual capacity ☐ Official capacity

⑤ Name Judge Michael Villalobos Employer Superior Court of the State of California, County of Los Angeles Address 150 West Commonwealth Avenue, Alhambra, CA, 91801 ☑ Individual capacity ☑ Official capacity

⑥ Name A.C.L.V. Employer A.C.L.V. Address 1313 West 8th Street, Suite 200, Los Angeles, CA, 90017
☑ Individual capacity ☑ Official capacity

⑦ Name San Gabriel Police Department Employer City of San Gabriel, California
Address 625 South Del Mar Avenue, San Gabriel, CA, 91776 ☑ Individual capacity ☑ Official capacity

⑧ Name Officer Wendy Flores Employer San Gabriel Police Department
Address 625 South Del Mar Avenue, San Gabriel, CA, 91776 ☑ Individual capacity ☑ Official capacity

⑨ Name

II. Basis for Jurisdiction
A. Are you bringing suit against:
☒ State or local officials (a §1983 claim)
B. If you are suing under section 1983, explain how each defendant acted under color of state or local law.
All defendants acted under color of state or local law in that they acted in their official capacity.

III. Prisoner Status
Indicate whether you are a prisoner or other confined person as follows:
☒ Pretrial detainee

IV. Statement of Claim
State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged violation, along with the dates and locations of all relevant events.

① 4th Amendment excessive force claim against the Los Angeles Sheriff's Department, Deputy Bassett and Watkins. ② 4th Amendment false arrest and malicious prosecution against Joseph Iniquez. ③ Due Process Clause claims against Joseph Iniquez and Michael Villalobos. ④ Due Process Clause claim against Wendy Flores and the San Gabriel Police Department. ⑤ Due Process Clause claim against Michael Villalobos. ⑥ 6th Amendment Speedy Trial claim against Michael Villalobos. ⑦ Conspiracy claim against all defendants including ACLU. ⑧ Michael Villalobos maliciously forfeited my bail & remanded me to custody.

1. At the Twin Towers Correctional Facility, Tower 1, Floor 142, E-Pod, Cell 12, on September 26, 2020, at night. Deputies Bassett, Watkins, and others took me out of my cell and raped me, used force on me, sexually harassed me, and threatened to kill me if I did not comply. They came into my cell and threatened to kill me if I fought back, then they dragged me out and let the inmates in floor 142 rape me. I fear for my life. Everybody saw what happened but they are covering it up and saying that it didn't happen. I submitted a grievance, but I am being raped everyday. I've reported it and the Sheriffs are the ones who try to handle the investigation even though it's supposed to be handled by a third party investigative agency. I've reported this to medical staff and mental health staff and to the ACLU. I am being drugged, raped, tortured and conspired against by all the defendants. They are all aware of what's happening and therefore are all involved, actively conspiring against me. I believe that these events are being streamed/broadcast for the entire world to see online because the inmates the and people inside of the facility are aware of when I'm awake, when I'm asleep, and even when I ejaculate from masterbation.

2. In San Gabriel, California, 833 East Valley Blvd, 91776, on July 21, 2019, Sunday at 9:54 PM,

3 of

I was victim of a false arrest and subsequent malicious, selective and vindictive prosecution by Vincent Salazar of the San Gabriel Police Department and Joseph Iniquez of the Los Angeles County District Attorney's office, respectively. I was arrested by Vincent Salazar, who had no probable cause to place me into custody by parking behind me and turning on his highbeams, effectively blinding me and making it impossible for me to back out of the parking spot. The 911 caller, Archie, did not report any crime. Furthermore, I was not read my Miranda rights after being placed in official custody and before being interrogated. Joseph Iniquez still decided to prosecute, along with the District Attorney's office. There was no warrant in the arrest and the video was edited and destroyed by both San Gabriel Police department and the District Attorneys office. It was all on video and there were, at least, 3 police vehicles on the scene. I was out on bail, and the weapons possession charges, which are wobblers, are being charged as felonies, even though the arresting officer testified at the preliminary hearing that he had no real probable cause and that he did not Mirandize me before interrogating me. Also, I was out on bail on a separate Burglary charge before Iniquez and Villalobos. The district attorney's office added a completely fabricated weapon charge.

3. On July 30, 2019, at 8:30 AM in the Alhambra Courthouse, Department 005, California, I told Armando Rodriguez, Deputy Public Defender, my appointed counsel to obtain the video discovery on my case. The Los Angeles Sheriff's Department refused to take me to court for a month and on August 26, 2019, I went pro per, self-represented, and asked that the video evidence be preserved. The video, Brady and exculpatory, was reportedly destroyed. It is dashcam and body cam video of the arrest, which does not show the arresting officer, Salazar, arrive on the scene. Ever since I went pro per and gave up appointed counsel, I have been asking for the video. Michael Di Matteo, my private investigator, Joseph Iniquez and Michael Villalobos conspired against me, along with the San Gabriel Police Department and the Los Angeles Sheriff's Department to prevent me from acquiring the exculpatory Brady video discovery and to destroy it. The dashcam footage, which San Gabriel and Iniquez, provided does not show the beginning of the arrest. Also, the body cam audio was taken and put on the dashcam video. 4. It

4 of

Case 2:20-cv-09926-JFW-SHK   Document 1   Filed 10/27/20   Page 5 of 16   Page ID #:5

10

should be noted that I have a long history with the San Gabriel Police Department. On my Burglary case, they deleted video of me at the San Gabriel Police Department lobby, as a civilian, retrieving my property, but they preserved the audio. The video shows that the police escort me out of the building for no reason, at the Watch commander's order, because I told them that some of my property was missing. When I was hit by a car on my bicycle, they said it was my fault for riding on the sidewalk. Judge Michael Villalobos would not allow me to file subpoenas and my private investigator would not serve subpoenas and changed my subpoenas. I have submitted informal discovery request letters to the Judge and Inquiez, but they did not preserve the video.

5. On August 30, 2019, at 8:30 AM, in the Alhambra Courthouse, Department 001, California, I filed a Statement of Disqualification for cause against Judge Michael Villalobos. On September 9, 2019, the Judge, Michael Villalobos, filed an order to strike statement of disqualification (code of civil procedure section 170.4, subdivision (a)). The order claims that my disqualification is not based on fact and thus is ordered stricken, but my motions to disqualify are all backed by affidavit/declaration. Due process requires that a judge possess neither actual nor apparent bias. The most recent disqualification I filed was on June 12, 2020. The judge ordered the statement stricken on June 22, 2020. In it the judge admits telling me that Joseph Iniquez, the prosecutor, would convict me at trial. Michael Villalobos had set the case for trial, in his court, against my wishes, before he made that statement. On September 09, 2019, I specifically told Michael Villalobos and John Ramseyer, specially appearing for Deputy District Attorney Joseph Iniquez, that I wanted the full video discovery, and John Ramseyer said that he did not know what video discovery was on the compact disk and that he did not know what discovery was available. On September 26, 2019, at 8:30AM, in the Alhambra Courthouse, Department 001, California, my motion to suppress, Penal Code 1538.5, was denied. On November 01, 2019, Michael Villalobos "read and considered" my 1538.5 motion filed on October 30, 2019 and declaration in support of that motion, filed on this date, and denied it.

11

On December 02, 2019, at 8:30 AM, in the Alhambra Courthouse, Department 001, California, my motion for Judicial Notice, filed on November 25, 2019, was denied. I don't know how Judicial notice is denied, but it was. In the motion, I gave Judge Villalobos notice, that, pursuant Penal Code 1538.5, subdivision (i), a suppression motion rehearing is mandatory, with 10 days notice to the people unless the people are willing to waive a portion of the time, and that, the statute makes it clear that a criminal defendant has a right to a hearing before trial to determine the validity of a search and seizure; it is not a matter of judicial discretion. The judge has refused to calendar a hearing. On May 26, 2020, at 8:30 AM, in the Alhambra Courthouse, Department 001, California, I filed a motion for writ of Habeas Corpus. The minute order reads: "The defendant is heard RE oral motion to dismiss, request for Brady discovery, motion to compel (filed this date), and motion for writ of Habeas Corpus (received this date). The Superior Court Habeas Corpus was "received this date" and not filed, and not calendared. On June 12, 2020, at 8:30 AM in the Alhambra Courthouse, Department 001, California, with Vanessa Alfaro, as District Attorney, I refiled the Habeas Corpus. The minute order reads: "By order of the court, defendants miscellaneous motions and documents are received this date." At the end of the pretrial conference, Vanessa Alfaro told the judge, "Are you gonna calendar the Habeas Corpus?" He did not calendar a hearing. He did not allow me to waive time at the preliminary hearing, even though I told him I needed more time to see the evidence and subpoena witnesses.

b. On March 11, 2020, at 8:30 AM, in the Alhambra Courthouse, Department 001, California, Judge Michael Villalobos "orders the defendant's proper privileges revoked" but I was not allowed to present the evidence, or witnesses, which I wanted to present. The judge said he would allow me to testify. Today is September 30, 2020 and even though I've received 2 separate orders, from the U.S. District Court for law library access to prepare for my Habeas Corpus and 1983 cases, the Sheriff's Department and the Legal Department will not allow me to access the law library. I have no legal aid whatsoever, and I've brought this up to the Judge multiple times, and I've tried to appeal the Wilson hearing, with the Sheriff's Department, but they ignore my grievances. Furthermore, the Legal Department, Deputies Vazquez and Velazquez, Defendants, are withholding my legal mail from U.S. District Court cases: 2:20cv5809 and 2:20cv-____ 4539 and the Sheriffs are not sending out any of my legal mail. On September 29, 2020, Sergeant Magnate gave me a disciplinary write-up, custody reference number: 5800202001001, for banging on the door to get his attention, because it was my phone day.

8 of 11

I have not been allowed access to the phone on September 25, 2020 and September 26, 2020. Sergeants LeFlore, Mammortz and Harris and Carranza have imposed illegal discipline and are violating due process with the disciplinary review hearings. Deputies Loera, Hernandez, Gonzalez, Garcia and Keithy are not giving me my phone time, they are all aware that I am pro per and they are conspiring against me to violate my Constitutional Right to access the phone, witnesses and my private investigator. They've been putting me on discipline without disciplinary review hearings. On September 3, 2020 and September 16, 2020, my private investigator came to see me but deputies Loera, Hernandez, and morning shift deputies, along with Sergeant LeFlore, did not let me meet with him. It is a due process violation because it prohibits me from filing documents and receiving legal mail and documents from him to prepare my case, effectively affecting my preparation time and hindering my speedy trial right. Today is September 30, 2020, and judging from the fact that my phone time and showers were withheld from me by the above-named deputies and sergeants, I think it is safe to say that I will not be taken out of my cell today. I am a Sergeant escort. Everywhere I go a Sergeant has to be with me. Shower days are Monday, Wednesday, and Friday. My private investigator told me that he would be coming to see me today, when I spoke to him last, which was September 29, 2020. Furthermore, the judge is biased and prejudiced against me. It is obvious, judging from his actions. The prosecutor, Joseph Iniquez, is fully aware and does not disqualify the "dirty" judge. The Due Process Clause and federal statutes of limitations protect defendants from intentional and prejudicial preaccusation delay. I told the judge that I want to appeal the Wilson hearing. The Judge revoked my pro per privileges at the Wilson hearing based on write-ups that had nothing to do with my pro per status. Most of the hearing was based on write-ups I received for reporting that I was raped, which is harassment and retaliation. The judge upheld those write-ups and refused to send me to get a rape kit. I asked him for a rape kit and reported it to him, in front of Joseph Iniquez.

7. All the defendants are conspiring to rape, torture, and drug me, along with other violations. I've reported the rapes to the ACLU multiple times and I've asked them to report it to the F.B.I. and they do not. They are conspiring against me.

8. On July 23, 2019, Judge Michael Villalobos issued bail forfeiture #FCS501907507. It was maliciously imposed because the reason I missed court was that I was in police custody. My stand by counsel, Madeline Chang, was previously present, on that day, in court, but was excused to attend another court hearing. Bail was exonerated. The posted bond was for $50,000 (fifty thousand dollars). As far as violating terms of release, I did not commit any crimes while out of police custody. The bail posted was on case GA103985. I was arrested on weapons possession charges, while out on bail, case GA106177. However, at the preliminary hearing, on September 26, 2019, case 106177, the arresting officer testified that he did not mirandize me prior to interrogation and that at the very beginning of the encounter he placed me into official custody by ordering me into my car. The biased Judge, Michael Villalobos, said that the encounter was consensual and held me to answer. Since, I do not have access to the law library, my legal paperwork was stolen by the Los Angeles Sheriffs Department, and the LASD is not sending out my mail, I haven't been able to redraft and re-mail out my petition to the appellate court. Prior to March 11, 2020, I mailed out the petition for appeal of the forfeiture, at least 3 times, but I never heard from the appellate court. The LASD has moved me many times and everytime they move me they always steal my legal documents. Any statements that I made to the arresting officer are inadmissible because he only mirandized me after placing me in handcuffs, after which, I remained silent.

V. Injuries

I have sustained mental and emotional injuries. I require a rape victim counselor and preventive STD treatment. While I did receive anti-STD treatment, for a couple of weeks, at the Men's Central Jail, I am not receiving any treatment at the Twin Towers Correctional Facility. The Men's Central Jail did send me to get a rape kit, but the Twin Towers Correctional Facility ignored my rape allegations. I require blood work to see what drugs are in my blood stream but, since the medical staff is part of the conspiracy, they will not do a blood toxicology exam. As far as the torture, this conspiracy has been happening for a long time, they've tortured me in every way you can imagine. I've awoken with pain all over my body, cuts all over my body, I have hearing loss, I have poor eyesight and my vision used to be perfect, I have throat pain and yellowing teeth because they urinate on my face and in my mouth. My wrists, ankles, shoulders, lower, upper, and middle back, chest, heart, stomach, ribs, sides, head, throat, pelvis, penis, testicles, buttocks, anus, legs, thighs, knees, ankles, feet, toes and waist have all been hurting. I am not receiving any treatment. I have asked for rape kits every time, and I never get sent except once. I require surgery on my left clavicle and the medical staff refuses to send me to see an orthopedic surgeon. I have sustained countless, painful injuries and because the medical staff is part of the conspiracy, they never gave me anything other than Tylenol for pain. I've asked to return to the Men's Central Jail, multiple times, and I keep asking, and telling them that I don't belong in Mental Health housing. The problem is that they don't even provide any care that cannot be given at the Men's Central Jail. I asked for anti-depressants and anti-anxiety medication, but I don't take it because I fear they will keep me here if I do. They prescribed an anti-psychotic because I reported that I'm being raped, multiple times, but they only did one rape kit and I was supposed to see a rape victim counselor, but I never did. Physical injuries are all over my body. I'm in constant pain and they only give me Tylenol, which does nothing to alleviate the pain. Also, I was being given pills that burned my mouth and stomach, I do not trust the medication. They might be giving me medication so that I'll fall asleep. I've been drugged through the commissary food, which comes from the Keefe company, and the food gave me diarrhea and now they sold me coffee on September 25, 2020, that was decaffeinated. The coffee is not supposed to be decaffeinated. This proves the conspiracy further. There is coffee in the vending machine, and that I have in my cell, that is decaffeinated but there are no decaffeinated coffees for sale. They are tampering with my coffee so that I won't stay awake and so that I will fall asleep and they can rape me more times.

REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief: nominal, compensatory, and punitive damages. If my allegations are insufficient to state a claim, I ask to be allowed to amend this complaint. Furthermore, I do not have access to the law library and custody personnel of the Los Angeles Sheriffs Department are indifferent to my requests for access, so I intend on amending later. My case is an emergency and I request emergency relief. The LASD is ignoring this court's order for law library access and to make copies. I am also requesting injunctive and declaratory relief. If any monetary amount is awarded, I am requesting attorney fees for my pro se legal work. I am requesting an unconditional release, since/because, I was out on bail and did not violate conditions of release, the LASD is ignoring multiple orders from this court for law library access making it difficult to file 1983 claims, LASD is not mailing out my mail, I am not receiving any medical care and I am in a lot of pain, I am being raped and the LASD and medical staff are deliberately indifferent and they are covering up their conspiracy to rape and torture me, and because it has been proven at the preliminary hearing on case 6A106177, that it was a false arrest and I should be out of custody. I am requesting appointed counsel. I am requesting an order to be housed at the Mens Central Jail, 1750, since I am only being housed in mental health housing as harassment and retaliation for reporting that I am being raped. I am requesting criminal sanctions against all parties involved in the ongoing conspiracy to drug, rape, and torture me. I am requesting that the Federal Bureau of Investigations investigate my allegations of conspiracy to drug, rape, and torture me because this has been going on since I've come to the LASD's custody and I've reported it over and over and they are covering it up. I am requesting orders for, a rape kit to be conducted, a blood toxicology draw to see what drugs are in my blood, surgery on my left clavicle which is causing extreme pain, a hearing test because I've suffered hearing loss due to excessive use of force, an eye exam because I am sensitive to light due to use of force, an order for medical shoes because I have suffered pain in my feet and ankles from the torture the LASD has subjected me to. I am requesting an order to have a camera recording, in front of my cell, 24/7, so that I am not drugged, raped, and tortured while I sleep. Any relief that the court may see fit.

October 21, 2020
(Date)                              (Signature of Plaintiff)

16

VII. Exhaustion of Administrative Remedies Administrative Procedures

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
I HAVE BEEN CONFINED TO THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT FACILITIES: THE MENS CENTRAL JAIL AND THE TWIN TOWER CORRECTIONAL FACILITIES.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

If yes, which claim(s)?
ALL OF MY CLAIMS ARE COVERED, IN THE SENSE THAT I HAVE SUBMITTED GRIEVANCES, BUT MOST OF MY GRIEVANCES GO UNANSWERED BY THE SHERIFFS DEPARTMENT, MENTAL HEALTH, AND MEDICAL STAFF.

17

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

E. If you did file a grievance:

1. Where did you file the grievance?

~~I FILE AND HAVE FILED ALL OF MY GRIEVANCES WHERE I AM HOUSED IN THE FACILITY.~~

2. What did you claim in your grievance?
ALL CLAIMS IN THIS LAWSUIT, AS FAR AS CUSTODY, HAVE BEEN ~~FILED~~ AS GRIEVANCES.

3. What was the result, if any?

NONE. MOST OF MY GRIEVANCES ARE IGNORED. THE REST ARE DENIED.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not.
I HAVE CONTINUED TO SUBMIT GRIEVANCES. THE SHERIFFS DEPARTMENT IGNORES MOST OF MY GRIEVANCES. THE SERGEANTS EVEN RETURN MY APPEALS TO ME AND DO NOT LET ME APPEAL. THE GRIEVANCE PROCESS IS COMPLETED.

18

6. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
I HAVE SUBMITTED MULTIPLE GRIEVANCE FORMS. THEY ARE ALL IGNORED OR DESTROYED/ THROWN AWAY/TRASHED. I WILL SUBMIT MY GRIEVANCES WHEN I CAN MAKE SURE THEY GET TO THIS COURT SAFELY.

VIII. Previous Lawsuits

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ No

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

B.

1. Parties to the previous lawsuit
   Plaintiff(s) ARTURO VALENCIA
   Defendant(s) THE LOS ANGELES SHERIFFS DEPARTMENT

2. Court
   CENTRAL DISTRICT

3. Docket or index number
   1:20cv3804

4. Name of judge assigned to your case
   JOHN F. WALTER

5. Approximate date of filing lawsuit
   MARCH 2020

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. 6/28/2020

7. What was the result of the case?

   ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without An Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 9, 2020

Signature of Plaintiff
Printed Name of Plaintiff: Arturo Osiel Valencia Barrera
Prison Identification #: 5682587
Prison Address: 450 Bauchet Street
Los Angeles  CA  90012

Arturo Valencia
450 Bauchet St
Los Angeles, CA 90012



LEGAL



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 27 2020
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT
Central District of California
Office of The Clerk
255 East Temple Street, Room 180
Los Angeles, CA 90012